UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**DARCY GRIEVE,**

<div style="margin-left: 2em">*Plaintiff,*</div>

against

**CREDIT BUREAU COLLECTION
SERVICES, INC.,**

<div style="margin-left: 2em">*Defendant.*</div>

**STIPULATION OF DISMISSAL
WITH PREJUDICE AND ON
THE MERITS**

Civil Action No. 09-cv-0315

---

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that whereas neither the Plaintiff nor the Defendant is an infant or incompetent person for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, dismissed with prejudice and on the merits, without costs or fees to either Plaintiff or Defendant as against the other. In accordance with Fed. R. Civ. P 41(a)(1)(1ii) and Rule 2104 of the N.Y. C.P.L.R., it is stated that the terms of this Stipulation involve a full settlement of any and all claims, counterclaims, cross-claims, and third-party claims for good and mutual consideration exchanged among the parties, including mutual releases. This Stipulation may be filed without further notice with the Clerk of the Court.

**DATED:**     July _____, 2009

**LAW OFFICES OF KENNETH HILLER**

By:_____
            Seth Andrews

*Attorneys for Plaintiff*
*Darcy Grieve*
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
Telephone: (716) 564-3288
E-mail: sandrews@kennethhiller.com

**HISCOCK & BARCLAY, LLP**

By:_____
            John P. Gaughan

*Attorneys for Defendant*
*Credit Bureau Collection Services, Inc.*
1100 M&T Center
Three Fountain Plaza
Buffalo, NY 14203
Telephone: (716) 566-1300
E-mail: jgaughan@hblaw.com